1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| ELIZABETH CAMPBELL, an individual; | |
|---|---|
| Plaintiff, | CAUSE NO. 2:25-cv-01441-JLR |
| v. | STIPULATION FOR CONTINUANCE OF INITIAL SCHEDULING DATES |
| KAREN KALZER, WSBA No. 25429, individually and as attorney at Helsell Fetterman LLP; SARAH A. TATISTCHEFF, WSBA No. 51098, and MEGAN F. STARKS, WSBA No. 39640, individually and as attorneys at Patterson Buchanan Fobes & Leitch, Inc., P.S.; BRAD BIGOS, WSBA No. 62867, individually and as attorneys at O'Hagan Meyer, PLLC; MIGUEL E. MENDEZ-PINTADO, WSBA No. 61404, and NICHOLAS C. LARSON, WSBA No. 46034, individually and as attorneys atr Murphy Pearson Bradley & Feeney; HELSELL FETTERMAN LLP, PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S., O'HAGAN MEYER, PLLC, and MURPHY PEARSON BRADLEY & FEENEY, as legal entities; LANGDON MILLER, ELIZABETH NORGREN, SARAH ALAIMO, LARS MATTHIESEN, THE SWEDISH CULTURAL CENTER, d/b/a the SWEDISH CLUB; GREAT AMERICAN INSURANCE AGENCY, INC., and DOES 1-10, inclusive, | **NOTE ON MOTION CALENDAR: DECEMBER 19, 2025** |
| Defendants. | |

STIPULATION FOR CONTINUANCE OF INITIAL SCHEDULING DATES – 1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

## STIPULATION

Plaintiff Elizabeth Campbell ("Plaintiff") and Defendants Karen Kalzer and Helsell Fetterman, LLP ("Defendants") hereby stipulate to a continuance of the initial scheduling dates set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement ("Order") (Dkt. 14).  The Parties to this Stipulation request a 3-week continuance of the dates set forth in the Order to accommodate scheduling conflicts over the holidays.  The Order states that these deadlines can only be extended by order of the Court, and that any request for extension should be made by filing a motion or stipulated motion pursuant to Local Civil Rule 7(j).  If the continuance is granted, the initial scheduling dates will be as follows:

|  | Original Date | Amended Date |
|---|---|---|
| **Deadline for FRCP 26(f) Conference** | 12/17/2025 | 1/7/2026 |
| **Initial Disclosures Pursuant to FRCP 26(a)(1)** | 12/31/2025 | 1/21/2026 |
| **Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f)** | 1/7/2026 | 1/28/2026 |

DATED this 19th day of December, 2025.

ELIZABETH CAMPBELL

By: */s/ Elizabeth Campbell per e-consent on 12/17/2025*
Elizabeth Campbell, Pro Se

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ John C. Versnel, III*
*/s/ Daniel J. Park*
*/s/ Corinna Pilat*
John C. Versnel, III, #17755
Daniel J. Park, WSBA #43748
Corinna Pilat, WSBA #54431

***Attorneys for Defendants Karen Kalzer and Helsell Fetterman, LLP***

STIPULATION FOR CONTINUANCE OF INITIAL SCHEDULING DATES – 2

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

# [PROPOSED] ORDER

Based on the foregoing Stipulation, the initial scheduling dates set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement ("Order") (Dkt. 14) shall be amended as follows:

|  | Original Date | Amended Date |
| --- | --- | --- |
| **Deadline for FRCP 26(f) Conference** | 12/17/2025 | 1/7/2026 |
| **Initial Disclosures Pursuant to FRCP 26(a)(1)** | 12/31/2025 | 1/21/2026 |
| **Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f)** | 1/7/2026 | 1/28/2026 |

IT IS SO ORDERED.

DATED this  19th  day of December, 2025.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ John C. Versnel, III*
*/s/ Daniel J. Park*
*/s/ Corinna Pilat*
John C. Versnel, III, #17755
Daniel J. Park, WSBA #43748
Corinna Pilat, WSBA #54431

Attorneys for Defendants Karen Kalzer and Helsell Fetterman, LLP

STIPULATION FOR CONTINUANCE OF INITIAL SCHEDULING DATES – 3

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 19, 2025, a true and correct copy of the foregoing was served on the attorneys of record listed below, via the method indicated:

| | |
|---|---|
| ***Plaintiff Pro Se***<br>Elizabeth A. Campbell, MPA<br>3826 24th Ave W<br>Seattle, WA 98199<br>T: (206) 769-8459<br>neighborhoodwarrior@gmail.com | ☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☒ E-mail<br>☒ E-Service via Court Application<br>☐ Messenger |

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 19th day of December, 2025, at Seattle, Washington.

*/s/ Kathy Peters*
Kathy Peters, Legal Assistant
kathy.peters@wilsonelser.com

STIPULATION FOR CONTINUANCE OF INITIAL SCHEDULING DATES – 4

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)