UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH A. CAMPBELL, | CASE NO. C25-1441JLR |
| Plaintiff, | ORDER |
| v. | |
| KAREN KALZER, et al., | |
| Defendants. | |

Before the court is a motion to extend time to serve summons filed by *pro se* Plaintiff Elizabeth Campbell.  (Mot. (Dkt. # 19).)  Ms. Campbell moves for an additional 45-days to complete service pursuant to Federal Rule of Civil Procedure 4(m).  (*Id*. at 2-3); Fed. R. Civ. P. 4(m) (setting forth that a plaintiff must complete service within 90-days of filing the complaint).  Ms. Campbell filed the complaint in this action on August 20, 2025.  (*See* Compl. (Dkt. # 7).)  Thus, pursuant to Rule 4(m), the 90-day period for service expired on November 18, 2025.  Fed. R. Civ. P. 4(m).  Ms. Campbell asserts that she "developed a series of health issues beginning in June 2025 that

ORDER - 1

proliferated especially mid-August" that "severely" limited her ability to timely complete service. (Mot. at 2; *see also* Campbell Decl. (Dkt. # 19-1) (describing her health issues).) The court notes that, during the period Ms. Campbell alleges that she was unable to complete service, she filed the complaint and amended complaint. (*See* Compl. (filed on August 20, 2025) and Am. Compl. (Dkt. # 10) (filed on October 8, 2025).) Nevertheless, the court finds good cause for Ms. Campbell's failure to complete service and GRANTS a limited extension of time to serve the summons until **Friday, February 13, 2026.** The court puts Ms. Campbell on notice that failure to accomplish service by the extended deadline may result in dismissal of the action against the unserved Defendants.

Dated this 23rd day of January, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2