UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH A. CAMPBELL, | CASE NO. C25-1441JLR |
| Plaintiff, | ORDER |
| v. | |
| KAREN KALZER, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiff Elizabeth Campbell's notice of settlement. (Notice (Dkt. # 36).)  Ms. Campbell represents that all of her claims against all Defendants in this matter have been resolved, and that the parties anticipate filing a stipulation of dismissal by no later than the third week of May 2026.  (*Id. a*t 2.)  Ms. Campbell asks the court to strike all current deadlines to allow the parties to complete the settlement process.  (*Id.*)

The court GRANTS Ms. Campbell's request.  The Clerk is DIRECTED to remove the pending motions to dismiss (Dkt. ## 28, 30) from the court's motions calendar.  The

ORDER - 1

parties are ORDERED to file, by no later than **May 22, 2026**, either a stipulation of dismissal or a joint report regarding the status of their settlement.

Dated this 13th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2