HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ELIZABETH A. CAMPBELL, an individual,

Plaintiff,

vs.

KAREN KALZER, WSBA No. 25429, individually and as attorney at Helsell Fetterman LLP; SARAH A. TATISTCHEFF, WSBA No. 51098, and MEGAN F. STARKS, WSBA No. 39640, individually and as attorneys at Patterson Buchanan Fobes & Leitch, Inc., P.S.; BRAD BIGOS, WSBA No. 52297, and ALEXANDRO LOPEZ, WSBA No. 62867, individually and as attorneys at O'Hagan Meyer, PLLC; MIGUEL E. MENDEZ-PINTADO, WSBA No. 61404, and NICHOLAS C. LARSON, WSBA No. 46034, individually and as attorneys at Murphy Pearson Bradley & Feeney; HELSELL FETTERMAN LLP, PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S., O'HAGAN MEYER, PLLC, and MURPHY PEARSON BRADLEY & FEENEY, as legal entities; LANGDON MILLER, ELIZABETH NORGREN, SARAH ALAIMO, LARS MATTHIESEN, THE SWEDISH CULTURAL CENTER, d/b/a the SWEDISH CLUB; GREAT AMERICAN INSURANCE AGENCY, INC., and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-01441-JLR

**STIPULATED MOTION TO DISMISS**

**Note on Motion Calendar:  May 19, 2026**

STIPULATED MOTION TO DISMISS – Page 1

**O'HAGAN MEYER PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel. (206) 844-1350

IT IS HEREBY STIPULATED by and between Plaintiff, Elizabeth A. Campbell ("Plaintiff"), and Defendants Swedish Cultural Center dba the Swedish Club, Helsell Fetterman LLP, Karen Kalzer, O'Hagan Meyer, PLLC, John Bradley Bigos, and Alexandro Lopez (collectively "Defendants"), by and through their respective undersigned attorneys, that this matter and the issue of attorney's fees and costs have been resolved, and therefore Plaintiff's above-captioned lawsuit against Defendants should be dismissed with prejudice and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED:

By: _Elizabeth A. Campbell_                    Date: _5-19-26_
Elizabeth A. Campbell
neighborhoodwarrior@gmail.com
3826 24th Ave W
Seattle, WA. 98199
*Plaintiff, Pro Se*

O'HAGAN MEYER PLLC


By:    *s/Brad Bigos*                    Date: _05-19-2026_
Brad Bigos, WSBA No. 52297
bbigos@ohaganmeyer.com
Thien Tran, WSBA No. 63954
ttran@ohaganmeyer.com
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
*Attorneys for Defendant Swedish Cultural Center dba the Swedish Club*

WILSON ELSER

By:    *s/Corinna Pilat*                    Date: _05-19-2026_
John C. Versnel, III, WSBA #17755
John.Versnel@wilsonelser.com
Daniel J. Park, WSBA #43748
daniel.park@wilsonelser.com
Corinna Pilat, WSBA #54431
corinna.pilat@wilsonelser.com
520 Pike St., Suite 2350
Seattle, WA 98101
*Attorneys for Defendants Helsell Fetterman LLP and Karen Kalzer*

STIPULATED MOTION TO DISMISS – Page 2

KLINEDINST PC

By:    *s/Gregor A. Hensrude*                          Date:    05-19-2026
        Gregor A. Hensrude, WSBA #45918
        1325 Fourth Avenue, Suite 1335
        Seattle, Washington 98101
        *Attorneys for Defendants O'Hagan Meyer, PLLC;*
        *John Bradley Bigos; and Alexandro Lopez*

STIPULATED MOTION TO DISMISS – Page 3

**O'HAGAN MEYER PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel. (206) 844-1350

## <u>DECLARATION OF SERVICE</u>

I declare under penalty of perjury under the laws of the State of Washington that I served

the foregoing document on the following parties by the method indicated below on May 19, 2026:

Elizabeth A. Campbell
3826 24th Ave W
Seattle, WA. 98199
Telephone: 206-769-8459
Email: neighborhoodwarrior@gmail.com

   ✓    Via First Class Mail
   ✓    Via CM/ECF
        Via Facsimile
        Via Hand-Delivery
        Via E-Mail

***Pro Se Plaintiff***

John C. Versnel, III, WSBA #17755
Daniel J. Park, WSBA #43748
Corinna Pilat, WSBA #54431
WILSON ELSER
520 Pike St., Suite 2350
Seattle, WA 98101
Telephone: 206-709-5900
Email: John.Versnel@wilsonelser.com
Email: daniel.park@wilsonelser.com
Email: corinna.pilat@wilsonelser.com

        Via First Class Mail
   ✓    Via CM/ECF
        Via Facsimile
        Via Hand-Delivery
   ✓    Via E-Mail

***Attorneys for Defendants Helsell
Fetterman LLP and Karen Kalzer***

Gregor A. Hensrude, WSBA #45918
KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
Telephone: 206-672-4400
Email: ghensrude@klinedinstlaw.com

        Via First Class Mail
   ✓    Via CM/ECF
        Via Facsimile
        Via Hand-Delivery
   ✓    Via E-Mail

***Attorneys for Defendants O'Hagan Meyer,
PLLC; John Bradley Bigos; and Alexandro
Lopez***

By:    *s/Ratha Seng*
        Ratha Seng, Legal Assistant
        rseng@ohaganmeyer.com

DECLARATION OF SERVICE– Page 1

**O'HAGAN MEYER PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel. (206) 844-1350

HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ELIZABETH A. CAMPBELL, an individual,

        Plaintiff,

        vs.

KAREN KALZER, WSBA No. 25429, individually and as attorney at Helsell Fetterman LLP; SARAH A. TATISTCHEFF, WSBA No. 51098, and MEGAN F. STARKS, WSBA No. 39640, individually and as attorneys at Patterson Buchanan Fobes & Leitch, Inc., P.S.; BRAD BIGOS, WSBA No. 52297, and ALEXANDRO LOPEZ, WSBA No. 62867, individually and as attorneys at O'Hagan Meyer, PLLC; MIGUEL E. MENDEZ-PINTADO, WSBA No. 61404, and NICHOLAS C. LARSON, WSBA No. 46034, individually and as attorneys at Murphy Pearson Bradley & Feeney; HELSELL FETTERMAN LLP, PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S., O'HAGAN MEYER, PLLC, and MURPHY PEARSON BRADLEY & FEENEY, as legal entities; LANGDON MILLER, ELIZABETH NORGREN, SARAH ALAIMO, LARS MATTHIESEN, THE SWEDISH CULTURAL CENTER, d/b/a the SWEDISH CLUB; GREAT AMERICAN INSURANCE AGENCY, INC., and DOES 1–10, inclusive,

        Defendants.

Case No.: 2:25-cv-01441-JLR

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS

ORDER GRANTING STIPULATED MOTION TO DISMISS – Page 1

Pursuant to the parties' Stipulated Motion to Dismiss, IT IS ORDERED that the above-captioned action is dismissed with prejudice and without assessment by the Court of costs or attorney's fees to any party.

IT IS SO ORDERED.

DATED this __21st__ day of ___May___, 2026.

_____
HONORABLE JAMES L. ROBART

*Presented by:*

O'HAGAN MEYER PLLC

By:   *s/Brad Bigos*                              Date:  05-19-2026
      Brad Bigos, WSBA No. 52297
      bbigos@ohaganmeyer.com
      Thien Tran, WSBA No. 63954
      ttran@ohaganmeyer.com
      1420 Fifth Avenue, Suite 2200
      Seattle, WA 98101
      *Attorneys for Defendant Swedish Cultural Center dba the Swedish Club*

*Approved as to Form; Notice of Presentation Waived*:

By:   *Elizabeth A. Campbell*                    Date: 5·19-26
      Elizabeth A. Campbell
      neighborhoodwarrior@gmail.com
      3826 24th Ave W
      Seattle, WA. 98199
      *Plaintiff, Pro Se*

///

///

///

///

ORDER GRANTING STIPULATED MOTION TO
DISMISS – Page 2

WILSON ELSER

By:   *s/Corinna Pilat*                              Date:   05-19-2026
      John C. Versnel, III, WSBA #17755
      John.Versnel@wilsonelser.com
      Daniel J. Park, WSBA #43748
      daniel.park@wilsonelser.com
      Corinna Pilat, WSBA #54431
      corinna.pilat@wilsonelser.com
      520 Pike St., Suite 2350
      Seattle, WA 98101
      *Attorneys for Defendants Helsell Fetterman LLP and Karen Kalzer*

KLINEDINST PC

By:   *s/Gregor A. Hensrude*                         Date:   05-19-2026
      Gregor A. Hensrude, WSBA #45918
      ghensrude@klinedinstlaw.com
      1325 Fourth Avenue, Suite 1335
      Seattle, Washington 98101
      *Attorneys for Defendants O'Hagan Meyer, PLLC;*
      *John Bradley Bigos; and Alexandro Lopez*

ORDER GRANTING STIPULATED MOTION TO
DISMISS – Page 3

**O'HAGAN MEYER PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel. (206) 844-1350

## DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that I served the foregoing document on the following parties by the method indicated below on May 19, 2026:

Elizabeth A. Campbell
3826 24th Ave W
Seattle, WA. 98199
Telephone: 206-769-8459
Email: neighborhoodwarrior@gmail.com

   ✓    Via First Class Mail
   ✓    Via CM/ECF
        Via Facsimile
        Via Hand-Delivery
        Via E-Mail

***Pro Se Plaintiff***

John C. Versnel, III, WSBA #17755
Daniel J. Park, WSBA #43748
Corinna Pilat, WSBA #54431
WILSON ELSER
520 Pike St., Suite 2350
Seattle, WA 98101
Telephone: 206-709-5900
Email: John.Versnel@wilsonelser.com
Email: daniel.park@wilsonelser.com
Email: corinna.pilat@wilsonelser.com

        Via First Class Mail
   ✓    Via CM/ECF
        Via Facsimile
        Via Hand-Delivery
   ✓    Via E-Mail

***Attorneys for Defendants Helsell Fetterman LLP and Karen Kalzer***

Gregor A. Hensrude, WSBA #45918
KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
Telephone: 206-672-4400
Email: ghensrude@klinedinstlaw.com

        Via First Class Mail
   ✓    Via CM/ECF
        Via Facsimile
        Via Hand-Delivery
   ✓    Via E-Mail

***Attorneys for Defendants O'Hagan Meyer, PLLC; John Bradley Bigos; and Alexandro Lopez***

By:   *s/Ratha Seng*
       Ratha Seng, Legal Assistant
       rseng@ohaganmeyer.com

DECLARATION OF SERVICE– Page 1

**O'HAGAN MEYER PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel. (206) 844-1350